IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DONALD GENE WALTON | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv439 |
| DEPARTMENT OF VETERANS AFFAIRS | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Donald Gene Walton, proceeding *pro se*, filed the above-styled civil rights lawsuit. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this Court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion seeking a temporary restraining order be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections were filed to the Report and Recommendation.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 6] is ACCEPTED.  The motion for temporary restraining order [Dkt. 2] is DENIED.

**SIGNED this 27th day of September, 2022.**

Michael J. Truncale
United States District Judge

---

[1] Two documents labeled objections [Dkt. 10 and Dkt. 11] were filed.  However, as the documents were signed by a person other than the plaintiff, the documents were stricken and plaintiff was given time to file objections signed by him.  Plaintiff filed a response to the order [Dkt. 15] in which he stated he did not intend to file objections.